Printed on: 01/02/2020
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019
**Case Number: 19-25808 (ABA)**

Danielle O'Connor
301 East Jimmie Leeds Road
Absecon, NJ  08205

Monthly Payment: $537.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/06/2019 | $496.00 | 09/30/2019 | $496.00 | 10/31/2019 | $537.00 | 12/02/2019 | $537.00 |
| 12/23/2019 | $200.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIELLE O'CONNOR | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERNEST A. APONTE, ESQUIRE | 13 | $4,000.00 | $1,900.88 | $2,099.12 | $1,405.77 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $6,476.00 | $0.00 | $6,476.00 | $0.00 |
| 2 | AES/ CIT ED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL | 24 | $24,934.55 | $0.00 | $24,934.55 | $0.00 |
| 4 | AMERICAN MEDICAL COLLECTION AGENCY* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTICARE REGIONAL MEDICAL CENTER* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYVIEW LOAN SERVICING, LLC | 24 | $1,123.13 | $0.00 | $1,123.13 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CHAPMAN FORD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | COMENITY BANK/EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $743.68 | $0.00 | $743.68 | $0.00 |
| 12 | FORD MOTOR CREDIT COMPANY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | METROPOLITAN LIFE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SUPERIOR COURT OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCB/TOYS R US | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/CIRCIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCHRONY BANK | 33 | $5,232.62 | $0.00 | $5,232.62 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,946.73 | $0.00 | $4,946.73 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $687.77 | $0.00 | $687.77 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $299.88 | $0.00 | $299.88 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $582.89 | $0.00 | $582.89 | $0.00 |
| 22 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $554.05 | $0.00 | $554.05 | $0.00 |
| 24 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ERNEST A. APONTE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ALLY FINANCIAL | 33 | $535.13 | $0.00 | $535.13 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2019 | 1.00 | $0.00 |
| 10/01/2019 | Paid to Date | $992.00 |
| 11/01/2019 | 58.00 | $537.00 |
| 09/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,266.00 |
| Total paid to creditors this period: | $1,405.77 |
| Undistributed Funds on Hand: | $184.40 |
| Arrearages: | $337.00 |
| Attorney: | ERNEST A. APONTE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**