**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Danielle O'Connor** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | **19-25808-ABA** |

Social Security number or ITIN   xxx–xx–7547
EIN  _ _ – _ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _ – _ _ _ _ _ _ _

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Danielle O'Connor
fka Danielle Darrer

<u>11/22/24</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-25808-ABA
Danielle O'Connor                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                   Page 1 of 4
Date Rcvd: Nov 22, 2024                      Form ID: 3180W                          Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle O'Connor, 301 East Jimmie Leeds Road, Absecon, NJ 08205-4100 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 518411609 | + | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 518411610 | | AtlantiCare Regional Medical Center, P.O. Box 360, Findlay, OH 45839-0360 |
| 518411611 | | Bayview Loan Servicing, LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 518411613 | + | Chapman Ford, 6744 Black Horse Pike, Egg Harbor Township, NJ 08234-3905 |
| 518411614 | | Children's Hospital of Philadelphia, 34th Street and Civic Center, Philadelphia, PA 19104 |
| 518411616 | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, c/o: Kristina G. Murtha, Esq., Collingswood, NJ 08108-2812 |
| 520341779 | | Metropolitan Life Insurance Company, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 520341780 | + | Metropolitan Life Insurance Company, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Metropolitan Life Insurance Company 75381-4609 |
| 520250894 | | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261-9741 |
| 518411619 | + | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Nov 22 2024 20:33:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Nov 23 2024 01:13:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 22 2024 20:33:00 | Metropolitan Life, c/o Nationstar Mortgage LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518411606 | + | Email/Text: collections@abcofcu.org | Nov 22 2024 20:36:00 | ABCO FCU, Attn: Bankruptcy, Po Box 247, Rancocas, NJ 08073-0247 |
| 518411607 | + | Email/Text: bncnotifications@pheaa.org | Nov 22 2024 20:34:00 | Aes/ Cit Ed, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518521577 | | EDI: GMACFS.COM | Nov 23 2024 01:12:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519259745 | + | EDI: AISACG.COM | Nov 23 2024 01:13:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518411608 | + | EDI: GMACFS.COM | | |

District/off: 0312-1 | User: admin | Page 2 of 4

Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 56

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2024 01:12:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518411612 | + | EDI: CAPITALONE.COM | Nov 23 2024 01:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518411615 | + | EDI: WFNNB.COM | Nov 23 2024 01:13:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518569031 | | Email/Text: EBNBKNOT@ford.com | Nov 22 2024 20:36:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 518584483 | | Email/Text: EBNBKNOT@ford.com | Nov 22 2024 20:36:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs CO 80962-2180 |
| 520216665 | + | EDI: AISACG.COM | Nov 23 2024 01:13:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519807967 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518411617 | + | Email/Text: EBNBKNOT@ford.com | Nov 22 2024 20:36:00 | Linoln Automotive Financial Services, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 519668639 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | Metropolitan Life, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 519668640 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | Metropolitan Life, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Metropolitan Life 75261-9096 |
| 518998314 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |
| 518998313 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518514166 | + | EDI: LCIBAYLN | Nov 23 2024 01:13:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 520250895 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261-9741, Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261-9096 |
| 518411618 | + | Email/Text: litigationintake@metlife.com | Nov 22 2024 20:36:00 | Metropolitan Life Insurance Company, 200 Park Ave, c/o: Michel A. Khalaf CEO, New York, NY 10166-0188 |
| 519628709 | | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628710 | | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518514334 | | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518514300 | | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |

| 518514322 | EDI: PRA.COM | | |
| | | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518514332 | EDI: PRA.COM | | |
| | | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518514320 | EDI: PRA.COM | | |
| | | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518411621 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411620 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Syncb/circit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411622 | EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 518521158 | ^ MEBN | | |
| | | Nov 22 2024 20:27:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518413841 | ^ MEBN | | |
| | | Nov 22 2024 20:27:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518411623 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518411624 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411625 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411626 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411627 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518411628 | + EDI: SYNC | | |
| | | Nov 23 2024 01:13:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518509012 | + EDI: AIS.COM | | |
| | | Nov 23 2024 01:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024                    Signature:        /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ernest A. Aponte | on behalf of Debtor Danielle O'Connor apontelaw66@gmail.com |
| Harold N. Kaplan | on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Metropolitan Life kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor Metropolitan Life Insurance Company mcozzini@sternlav.com |
| Sindi Mncina | on behalf of Creditor Metropolitan Life smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12