Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  19−25808−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Danielle O'Connor
    fka Danielle Darrer
    301 East Jimmie Leeds Road
    Absecon, NJ 08205

Social Security No.:
    xxx−xx−7547

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Danielle O'Connor</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: December 5, 2024
JAN: def

                                        <u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 19-25808-ABA |
|---|---|---|
| Danielle O'Connor | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle O'Connor, 301 East Jimmie Leeds Road, Absecon, NJ 08205-4100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Charles G. Wohlrab | on behalf of Creditor Metropolitan Life Insurance Company bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ernest A. Aponte | on behalf of Debtor Danielle O'Connor apontelaw66@gmail.com |
| Harold N. Kaplan | on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com  kimwilson@raslg.com |

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
   on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Kimberly A. Wilson
   on behalf of Creditor Metropolitan Life kimwilson@raslg.com

Laura M. Egerman
   on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Maria Cozzini
   on behalf of Creditor Metropolitan Life Insurance Company mcozzini@sternlav.com

Sindi Mncina
   on behalf of Creditor Metropolitan Life smncina@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13